## Commonwealth *v.* Mitchell, Appellant.

Submitted September 28, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

644

*John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 12, 1970:
Order affirmed on authority of *Commonwealth v. Johnson,* 431 Pa. 522, 246 A. 2d 345 (1968); *Commonwealth v. Wilson,* 430 Pa. 1, 241 A. 2d 760 (1968); *Commonwealth ex rel. Washington v. Maroney,* 427 Pa. 599, 235 A. 2d 349 (1967).